No. 42278.—Protests 980789–G, etc., of S. Ishimitsu Co. et al. (San Francisco).

Opinion by Brown, J. It was stipulated that the fish in question is the same as that passed upon in Abstract 39806. The claim at 1¼ cents per pound under paragraph 717 (c) as unsalted dried fish was therefore sustained.

October 2, 1939

No. 42279.— —Protest 954462–G of Fred'k Loeser & Co., Inc. Abstract 42023. Application by plaintiff for rehearing granted.

September 28, 1939

No. 42280.—Suit 4205.— —Silberman-Becker Corp. v. United States, T. D. 49584 affirmed.

Before the First Division, October 5, 1939

No. 42281.—Protest 702064–G of Wm. A. Taylor & Co. (New York).

Opinion by Brown, J. It was stipluated that the merchandise consists of Madeira wine sauce the same as that the subject of Abstract 41555. It was therefore held dutiable at 35 percent under paragraph 775 as claimed. McClelland, Presiding Judge, dissented.

Before the Third Division, October 5, 1939

No. 42282.—Protest 949356–G of L. W. Cox & Co. (New York).

Opinion by Cline, J. The certificates of the Department of Health introduced in evidence were held not to contain all the data required by section 506 (2). On the record presented the protest was overruled.